# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Adam Veinotte ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:20-cv-00777-PB |
| ) | |
| Milford DCH, Inc. ) | |
| d/b/a DCH Toyota of Milford ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby Stipulated and Agreed by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Local Rule 41.1. The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

                Respectfully submitted,

                ADAM VEINOTTE

                By his Attorneys,

                SHERMAN LAW, PLLC

Dated: 1/12/2022         /s/ John P. Sherman
                John P. Sherman, Bar No. 12536
                Sherman Law, PLLC
                111 Bow Street, Unit 2
                Portsmouth, NH  03801
                (603) 570-4837
                jsherman@johnshermanlaw.com

                MILFORD DCH, INC.

                By its Attorneys,

Dated: 1/12/2022         /s/ Gregory S. Paonessa
                Gregory S. Paonessa (Bar No. 266235)
                BURNS & LEVINSON LLP
                125 High Street
                Boston, MA 02110
                (617) 345-3000
                gpaonessa@burnslev.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically served this Stipulation of Dismissal With Prejudice on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: 1/12/2022                                          /s/ John P. Sherman
                                                                   John P. Sherman